LAW OFFICES
McCALLA RAYMER PIERCE, LLC
BANKRUPTCY DEPARTMENT
1544 Old Alabama Road
Roswell, GA 30076
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

June 1, 2016

Clerk, United States Bankruptcy Court
75 Ted Turner Drive S.W.
Atlanta, GA 30303

## REQUEST FOR SERVICE OF NOTICES

RE:

| | |
|---|---|
| Debtor(s) | James Thomas Muhammad |
| Case Number | 16-58359 |
| Chapter | 7 |
| Secured Creditor | PNC Mortgage |
| Loan Number | XXXXXX5684 |

Dear Sir / Madam:

    Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

    PNC Mortgage
    c/o McCALLA RAYMER PIERCE, LLC
    Bankruptcy Department
    1544 Old Alabama Road
    Roswell, GA 30076

    Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

    Very Truly Yours,

    /s/ A. Michelle Hart Ippoliti
    c/o McCALLA RAYMER PIERCE, LLC
    1544 Old Alabama Road
    Roswell, GA 30076
    Phone: 678-281-6537
    Email: mh1@mccallaraymer.com
    Attorney Bar No: 334291